THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The 
 State, Respondent,
 v.
 Andre Methelus, Appellant.
 
 
 

Appeal from Edgefield County
Jackson V. Gregory,
 Circuit Court Judge
Unpublished Opinion No. 2008-UP-176
Submitted March 3, 2008  Filed March 13, 2008    

APPEAL DISMISSED

 
 
 
 Assistant
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER
 CURIAM:  Andre Methelus appeals his convictions of trafficking
 cocaine and trafficking crack cocaine, as well as his concurrent sentence of
 twelve-years imprisonment.  He maintains the trial court erred in denying his
 motion for a directed verdict.  After a
 thorough review of the record, counsels brief, and Metheluss pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Metheluss appeal and grant counsels motion to be relieved.
 
APPEAL
 DISMISSED.
HEARN,
 C.J., PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.